IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **HENNA CARDENAS**, individually and on behalf of all other similarly situated, | : : : | Case No.:   **9:20-cv-376-RMG** |
| Plaintiff, | : : | |
| v. | : : | |
| **RESORT SALES BY SPINNAKER, INC.**, a South Carolina corporation, and **RESORT SALES MISSOURI, INC.**, a Missouri Corporation | : : : : | |
| Defendants. | : | |

---

## PLAINTIFF'S ANSWER TO RULE 26.01 INTERROGATORIES

A.  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **RESPONSE:** **Plaintiff is unaware of any entity that may have a subrogation interest in this matter.**

B.  As to each claim, state whether it should be tried by jury or non-jury and why.
    **RESPONSE:** **A jury trial is demanded for each claim presented because all the claims involve an underlying theme of violation of public interest, therefore it should be a jury of peers from the public to make the ultimate decision on the issues in this case.**

C.  State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:** **The Plaintiff is an individual, not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:** **Defendants are headquartered in Hilton Head, SC, which is in this division. Moreover, a substantial part of the events giving rise to Plaintiff's claims occurred in this division.**

E. Is this action related in whole or in part to any matter filed in this District, whether civil or criminal? If so, provide:

1. A short caption and the full case number of the related action;

2. An explanation of how the matters are related; and

3. A statement of the status of the related action.

**RESPONSE:** **This action is not related to any other matter, civil or criminal in the District of South Carolina.**

I declare under penalty of perjury that the foregoing is true and correct.

          Respectfully Submitted,

          **HENNA CARDENAS**, individually and on behalf of class of similarly situated individuals

Dated: January 30, 2020         By: ___/s/ Margaret A. Collins
                                       One of Plaintiff's Attorneys

                                Margaret A. Collins, Esquire,
                                Attorney for Plaintiff
                                P.S.L.G., LLC d/b/a Palmetto State Law Group, LLC
                                2241 Bush River Road
                                Columbia, SC 29210
                                Office: (803) 708-7442

                                Steven Woodrow*
                                swoodrow@ppeluso.com
                                Patrick Peluso*
                                ppeluso@woodrowpeluso.com
                                Woodrow & Peluso, LLC

3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Blvd., 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

*Motions for admission *pro hac vice* to be filed