UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| <u>Henna Cardenas, *et al.*,</u><br>Plaintiff/Petitioner/USA,<br><br>v.<br>Resort Sales by Spinnaker, Inc.<br><u>and Resort Sales Missouri, Inc.,</u><br>Defendant/Respondent. | Case No. __9:20-cv-00376-RMG__<br><br>**Motion<br>in Support of<br>*Pro Hac Vice* Application** |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that ____Patrick H. Peluso____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| <u>Palmetto State Law Group, LLC</u><br>Firm Name<br><u>2241 Bush River Rd.</u><br>Street Address or Post Office Box<br><u>Columbia, SC 29210</u><br>City, State, Zip Code<br><u>(803) 708-7442</u><br>Telephone Number<br><u>meg@pslawsc.com</u><br>E-Mail Address | <u>Margaret A. Collins</u><br>Name of Local Counsel<br><u>/s/ Margaret A. Collins, Bar #7074</u><br>Signature of Local Counsel<br>Local Counsel for the <u>Plaintiff and the Class</u><br><br>District of South Carolina<br>Federal Bar Number  <u># 7074</u> |

revised 09/19/05