UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Henna Cardenas, et al., | ) | CA: 9:20-cv-00376-RMG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Resort Sales by Spinnaker, Inc. and | ) | |
| Resort Sales Missouri, Inc. | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Patrick H. Peluso who represents Plaintiff Henna Cardenas and the Class

　　□　　Be **granted** admission *pro hac vice* in this case.

　　□　　Be **denied** admission *pro hac vice* in this case.

_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge