IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| HENNA CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESORT SALES BY SPINNAKER, INC., a South Carolina corporation, and RESORT SALES MISSOURI, INC., a Missouri corporation,<br><br>Defendant. | Case No.: 9:20-cv-00376-RMG<br><br>**AMENDED SCHEDULING ORDER** |

1. <u>Mediation</u>: See separate Order.

2. <u>Amendment of Pleadings</u>: Motion to join other parties and amend the pleadings shall be filed no later than **May 1, 2021**.

3. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person who they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26 (a)(2)(B) has been disclosed to the parties by the following dates:

    Plaintiff: **July 1, 2021**

    Defendants: **August 1, 2021**

4. <u>Records Custodian Witnesses</u>: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later

1

than **September 1, 2021**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

5.  Discovery: Discovery shall be completed no later than **October 15, 2021**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

6.  Motions for Class Certification, Daubert, and Dispositive Motions: Dispositive motions, Daubert motions, and Plaintiff's motion for class certification will be filed no later than **November 15, 2021**.

7.  Motions in Limine: Motions in limine must be filed no later than **fifteen (15) business days prior to jury selection.**

8.  Pretrial Disclosures: No later than **twenty-one (21)** business days prior to jury selection, the parties shall file and exchange Fed. R. Civ. P.26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

9.  Pretrial Briefs: Parties shall furnish the Court and serve pretrial briefs **five (5) business days** prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for

submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

10.     Trial:  In the event Plaintiff's motion for class certification is granted, this case is subject to being called for jury selection and/or trial on or after **May 1, 2022**. In the event Plaintiff's motion for class certification is denied, this case is subject to being called for jury selection and/or trial on or after **March 1, 2022.**

**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT A CONFERENCE WITH THE COURT.**

s/ Richard M. Gergel
United States District Judge

March 16, 2021
Charleston, South Carolina