# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| HENNA CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESORT SALES BY SPINNAKER, INC., a South Carolina corporation, and RESORT SALES MISSOURI, INC., a Missouri corporation,<br><br>Defendant. | Case No.: 9:20-cv-00376-RMG<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, through her undersigned counsel and pursuant to FRCP 41(a)(1), hereby stipulates to the dismissal, with prejudice, of all claims which Plaintiff has filed or asserted against the Defendants in this matter. All parties shall bear their own costs and fees.

Stipulated and consented to by:

Dated: May 27, 2021      /s/ Margaret A. Collins
                                            Margaret A. Collins
                                            **P.S.L.G., LLC d/b/a Palmetto State Law Group, LLC**
                                            2241 Bush River Road Columbia, SC 29210
                                            Tel: (803) 708-7442

                                            Steven Woodrow (*pro hac vice*)
                                            Patrick Peluso (*pro hac vice*)
                                            **Woodrow & Peluso, LLC**
                                            3900 E. Mexico Avenue, Suite 300
                                            Denver, CO 80210
                                            Tel: (720) 213-0675

2

                                      Stefan Coleman
                                      **Law Offices of Stefan Coleman, P.A.**
201 South Biscayne Blvd., 28th Floor
Miami, Florida 33131
Tel: (877) 333-9427

*Attorneys for Plaintiff, Henna Cardenas*

Dated:  May 27, 2021                /s/ S. Harrison Williams
                                      Barry L. Johnson (Fed. I.D. No. 2185)
S. Harrison Williams (Fed. I.D. No. 12405)
**Johnson & Davis, PA**
The Victoria Building, Suite 200 10 Pinckney Colony Road Bluffton, SC 29909
Tel: (843) 815-7121
Fax: (843) 815-7122

Robert A. Assuncao (*pro hac vice*)
Steven F. Gooby (*pro hac vice*)
**Ansa Assuncao LLP**
100 Matawan Road, Suite 410
Matawan, NJ 07747
Tel: (732) 993-9850

*Attorneys for Defendants Resort Sales by Spinnaker, Inc. and Resort Sales Missouri, Inc.*